IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MINNIE L. JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 11-00532-CG-N |
| | ) |
| HMR GOVERNMENT SERVICE, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 19, 2011, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that this action be dismissed without prejudice for failure to comply with the Court's order and to prosecute this action by paying the required partial filing fee.

    **DONE and ORDERED** this 8th day of November, 2011.

                                        /s/  Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE