IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MINNIE L. JONES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 11-00532-CG-N |
| HMR GOVERNMENT SERVICE, INC., | ) |
| Defendant. | ) |

**JUDGMENT**

It is **ORDERED, ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to comply with the Court's order and to prosecute this action by paying the required partial filing fee.

**DONE and ORDERED** this 8th day of November, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE